1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   DOUGLAS M. PRESS, Assistant County Counsel (S.B. #168740)
2  MARY E. HANNA-WEIR, Deputy County Counsel (S.B. #320011)
   KIM H. HARA, Deputy County Counsel (S.B. # 258763)
3  JULIA B. SPIEGEL, Deputy County Counsel (S.B. #292469)
   OFFICE OF THE COUNTY COUNSEL
4  70 West Hedding Street, East Wing, Ninth Floor
   San José, California 95110-1770
5  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
6
   Attorneys for Defendant
7  SHANNON BUSHEY, REGISTRAR OF
   VOTERS FOR THE COUNTY OF SANTA
8  CLARA

9

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

14  ELECTION INTEGRITY PROJECT        No. 2:21-cv-00032-AB-MAA
    CALIFORNIA, INC., JAMES P.
15  BRADLEY, AJA SMITH, ERIC EARLY,   **AMENDED NOTICE OF MOTION
    ALISON HAYDEN, JEFFREY            TO DISMISS**
16  GORMAN, MARK REED, BUZZ
    PATTERSON, MIKE CARGILE, KEVIN    Date:      April 9, 2021
17  COOKINGHAM, GREG RATHS,           Time:      10:00 a.m.
                                       Crtrm:     7B
18             Plaintiffs,            Judge:     Hon. André Birotte Jr.

19  v.

20  ALEX PADILLA, CALIFORNIA
    SECRETARY OF STATE, XAVIER
21  BECERRA, CALIFORNIA ATTORNEY
    GENERAL, GAVIN NEWSOM,
22  GOVERNOR OF THE STATE OF
    CALIFORNIA, RIVERSIDE COUNTY
23  REGISTRAR OF VOTERS REBECCA
    SPENCER, LOS ANGELES COUNTY
24  REGISTRAR OF VOTERS DEAN
    LOGAN, VENTURA COUNTY
25  REGISTRAR OF VOTERS MARK A.
    LUNN, SAN BERNARDINO COUNTY
26  REGISTRAR OF VOTERS BOB PAGE,
    MONTEREY COUNTY REGISTRAR
27  OF VOTERS CLAUDIO
    VALENZUELA, SACRAMENTO
28  COUNTY REGISTRAR OF VOTERS

                                    1

1   COURTNEY BAILEY-KANELO,
    ALAMEDA COUNTY REGISTRAR OF
2   VOTERS TIM DUPUIS, CONTRA
    COSTA COUNTY REGISTRAR OF
3   VOTERS DEBORAH R. COOPER,
    SANTA CLARA COUNTY
4   REGISTRAR OF VOTERS SHANNON
    BUSHEY, SAN BENITO COUNTY
5   REGISTRAR OF VOTERS JOE PAUL
    GONZALEZ, SANTA CRUZ COUNTY
6   REGISTRAR OF VOTERS GAIL L.
    PELLERIN, FRESNO COUNTY
7   REGISTRAR OF VOTERS BRANDI
    ORTH, ORANGE COUNTY
8   REGISTRAR OF VOTERS NEAL
    KELLEY,

9

10                Defendants.

11

12   **TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:**

13          PLEASE TAKE NOTICE that on **April 9, 2021 at 10:00 a.m. in Courtroom**

14   **7B** of the United States District Court of the Central District of California, located at

15   First Street Court House, 350 West First Street, Los Angeles, California 90012,

16   Defendants Rebecca Spencer, Riverside County Registrar of Voters; Dean C. Logan,

17   Los Angeles County Registrar-Recorder/County Clerk;[1] Mark A. Lunn, Ventura

18   County Registrar of Voters; Bob Page, San Bernardino County Registrar of Voters;

19   Courtney Bailey-Kanelos, Sacramento County Registrar of Voters;[2] Tim Dupuis,

20   Registrar of Voters for the County of Alameda; Deborah Cooper, Contra Costa

21   County Registrar of Voters; Shannon Bushey, Registrar of Voters for the County of

22   Santa Clara; Joe Paul Gonzalez, San Benito County Clerk-Auditor-Recorder-Registrar

23   of Voters;[3] Gail Pellerin, Santa Cruz County Registrar of Voters; Brandi L. Orth,

24

25

26   [1] Erroneously sued herein as Los Angeles County Registrar of Voters, Dean Logan.

27   [2] Erroneously sued herein as Sacramento County Registrar of Voters, Courtney
     Bailey-Kanelo.

28   [3] Erroneously sued herein as San Benito County Registrar of Voters, Joe Paul
     Gonzales.

AMENDED NOTICE OF MOTION TO DISMISS

County Clerk/Register of Voters for the County of Fresno;[4] and Neal Kelley, Registrar of Voters for the County of Orange ("County Defendants"[5]) will and hereby do move the Court pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) for an order dismissing the Plaintiffs' Complaint on file in this action in its entirety for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

This motion is based on this Amended Notice of Motion, the Memorandum of Points and Authorities [Dkt. 43], the Plaintiffs' Complaint and documents incorporated by reference therein, the arguments that may be presented at the hearing on this Motion, and any other matters the Court deems relevant.  This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 5, 2021.

Dated: February 22, 2021   Respectfully submitted,

          JAMES R. WILLIAMS
          COUNTY COUNSEL

      By:  */s/ Julia B. Spiegel*
          JULIA B. SPIEGEL
          Deputy County Counsel
          Douglas M. Press, Assistant County Counsel
          Mary E. Hanna-Weir, Deputy County Counsel
          Kim H. Hara, Deputy County Counsel

          Attorneys for Defendant
          Shannon Bushey, Registrar of Voters for the
          County of Santa Clara

---

[4] Erroneously sued herein as Fresno County Registrar of Voters Brandi Orth.

[5] County of Santa Clara Registrar of Voters Shannon Bushey submits this motion on behalf of all the County Defendants, except for Monterey, which contests proper service of Plaintiffs' complaint.

1    Dated: February 22, 2021          DONNA ZIEGLER
2                                      County Counsel

3                              By:    */s/ Raymond Lara*
4                                      RAYMOND LARA
                                       Senior Deputy County Counsel
5
6                                      Attorneys for Defendant
                                       Tim Dupuis, Registrar of Voters for
7                                      the County of Alameda

8    Dated: February 22, 2021          SHARON L. ANDERSON
9                                      County Counsel

10
                                By:    */s/ Rebecca Hooley*
11                                     REBECCA HOOLEY
12                                     Deputy County Counsel

13                                     Attorneys for Defendant
14                                     Deborah Cooper, Contra Costa
                                       County Registrar of Voters
15
16   Dated: February 22, 2021          DANIEL C. CEDERBORG
                                       County Counsel
17
18                              By:    */s/ Kyle R. Roberson*
                                       KYLE R. ROBERSON
19                                     Deputy County Counsel

20
                                       Attorneys for Defendant
21                                     Brandi L. Orth, County Clerk/Register of
22                                     Voters for the County of Fresno

23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

AMENDED NOTICE OF MOTION TO DISMISS

1  Dated: February 22, 2021          RODRIGO CASTRO-SILVA
2                                    County Counsel

3                           By:      /s/ Eva W. Chu
4                                    EVA W. CHU
                                     Deputy County Counsel
5
6                                    Attorneys for Defendant
                                     Dean C. Logan, Los Angeles County Registrar-
7                                    Recorder/County Clerk

8  Dated: February 22, 2021          LEON J. PAGE
9                                    County Counsel

10                          By:      /s/ Rebecca S. Leeds
11                                   REBECCA S. LEEDS
                                     Senior Deputy
12                                   Mark D. Servino, Supervising Deputy
13                                   Suzanne E. Shoai, Senior Deputy

14                                   Attorneys for Defendant
15                                   Neal Kelley, Registrar of Voters for
                                     the County of Orange
16
17 Dated: February 22, 2021          GREGORY P. PRIAMOS
18                                   County Counsel

19                          By:      /s/ Ronak N. Patel
20                                   RONAK N. PATEL
                                     Deputy County Counsel
21                                   Attorneys for Defendant
22
23                                   Rebecca Spencer, Riverside County
                                     Registrar of Voters
24

25 ///
26 ///
27 ///
28

1   Dated: February 22, 2021          LISA A. TRAVIS
2                                     County Counsel

3                             By:     */s/ Krista C. Whitman*
4                                     KRISTA C. WHITMAN
                                      Assistant County Counsel
5
6                                     Attorneys for Defendant
                                      Courtney Bailey-Kanelos, Sacramento County
7                                     Registrar of Voters

8   Dated: February 22, 2021          BARBARA THOMPSON
9                                     County Counsel

10                            By:     */s/ Joseph Wells Ellinwood*
11                                    JOSEPH WELLS ELLINWOOD
                                      Assistant County Counsel
12
13                                    Attorneys for Defendant
                                      Joe Paul Gonzalez, San Benito County Clerk-
14                                    Auditor-Recorder-Registrar of Voters
15
16  Dated: February 22, 2021          MICHELLE D. BLAKEMORE
                                      County Counsel
17
18                            By:     */s/ Laura L. Crane*
                                      LAURA L. CRANE
19                                    Supervising Deputy County Counsel
20
21                                    Attorneys for Defendant
                                      Bob Page, San Bernardino County
22                                    Registrar of Voters

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

AMENDED NOTICE OF MOTION TO DISMISS

Dated: February 22, 2021          JASON M. HEATH
                                  County Counsel

                          By:     _/s/ Melissa C. Shaw_____
                                  MELISSA C. SHAW
                                  Assistant County Counsel

                                  Ruby Marquez, Chief Assistant County Counsel

                                  Attorneys for Defendant
                                  Gail Pellerin, Santa Cruz County
                                  Registrar of Voters


Dated: February 22, 2021          MICHAEL G. WALKER
                                  County Counsel

                          By:     _/s/ Matthew A. Smith_____
                                  MATTHEW A. SMITH
                                  Assistant County Counsel

                                  Attorneys for Defendant
                                  Mark A. Lunn, Ventura County
                                  Registrar of Voters

2362028

AMENDED NOTICE OF MOTION TO DISMISS