1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| ELECTION INTEGRITY PROJECT CALIFORNIA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHIRLEY WEBER, CALIFORNIA SECRETARY OF STATE, et al.,<br><br>Defendants. | Case No. 2:21-cv-32-AB-MAA<br><br>**[PROPOSED]** ORDER ON STIPULATION FOR PLAINTIFFS TO FILE SINGLE OVERLENGTH BRIEF IN OPPOSITION TO:<br><br>**(1) COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (DOCKET NO. 84); AND**<br><br>**(2) STATE DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (DOCKET NO. 85)**<br><br>Date: May 14, 2021<br>Time: 10:00 A.M.<br>Courtroom: 7B<br>Judge: The Hon. André Birotte Jr.<br>Action Filed: January 4, 2021 |

-2-

UPON CONSIDERATION of the parties' stipulation, the Court hereby grants the stipulation and orders as follows:

Plaintiffs may file a single brief, no more than thirty-five (35) pages in length, in opposition to the County Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 84), and the State Defendants' Motion to Dismiss the First Amended Complaint (Dkt. No. 85).

**IT IS SO ORDERED.**

Dated: April 26, 2021  _____
The Hon. André Birotte Jr.
United States District Court Judge