# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 21-00032-AB (MAAx) | Date: | May 14, 2021 |
| Title: | Election Integrity Project California, Inc. et al v. Alex Padilla et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Twyla Freeman | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua D Kroot (video) | Kyle Roberts (video) |
| | Ryan Hanley (video) |
| | Julia Spiegel (video) |
| | Kim Hara (video) |
| | Mary Hanna-Weir (video) |
| | Joseph Ellinwood (video) |
| | Eva W Chu (video) |

**Proceedings:** 
1) COUNTY DEFENDANTS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [84]
2) STATE DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [85]

    The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.