1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ELECTION INTEGRITY PROJECT CALIFORNIA, INC., et al., | No. 2:21-cv-00032-AB-MAA |
| | **[PROPOSED]** **JUDGMENT** |
| 13            Plaintiffs, | |
| 14 v. | |
| 15 SHIRLEY WEBER, CALIFORNIA SECRETARY OF STATE, et al., | |
| 17            Defendants. | |

18
19        On June 14, 2021, the Court entered an order granting Defendants' motions to

20 dismiss all claims with prejudice.  (Dkt. No. 111.)  Pursuant to Federal Rule of Civil

21 Procedure 58, the Court hereby enters judgment in favor of Defendants and against

22 Plaintiffs.  The Clerk shall close the file.

23        **IT IS SO ORDERED.**

24

25 Dated: August 30, 2021

26                                          _____
                                            HONORABLE ANDRÉ BIROTTE JR.
27                                          United States District Judge

28