Name  Joshua Kroot

Address  355 S. Grand Ave., Suite 2450

City, State, Zip  Los Angeles, CA 90071

Phone  (213) 677-0856

Fax  (213) 297-5771

E-Mail  joshua.kroot@primarylawgroup.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Election Integrity Project California, Inc., et. al. <br><br><br> PLAINTIFF(S), <br><br> v. <br><br> Shirley Weber, California Secretary of State, et al. <br><br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:21-cv-00032-AB-MAA <br><br><br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that ____Election Integrity Project California, Inc., et. al.____ hereby appeals to
                                            *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
    Dkt 113- Judgment on Order of Dismissal

☐ Other (specify):

Imposed or Filed on _____.  Entered on the docket in this action on 8/30/2021_____.

A copy of said judgment or order is attached hereto.

9/27/21_____          /s/ Joshua Kroot_____
Date                                 Signature
                                     ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number
of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTION INTEGRITY PROJECT CALIFORNIA, INC., et al., | No. 2:21-cv-00032-AB-MAA |
| Plaintiffs, | [PROPOSED] JUDGMENT |
| v. | |
| SHIRLEY WEBER, CALIFORNIA SECRETARY OF STATE, et al., | |
| Defendants. | |

On June 14, 2021, the Court entered an order granting Defendants' motions to dismiss all claims with prejudice. (Dkt. No. 111.)  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendants and against Plaintiffs.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 30, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge

***Election Integrity Project California, Inc., et al. v. Weber, at al.***
**U.S. District Court, Central District of California**
**Case No. Case No. 2:21-cv-00032-AB-MAA**

**All Parties and Representation**

| Appellant Party Names | Counsel |
|---|---|
| Election Integrity Project California, Inc. | Primary Law Group, P.C.<br>Joshua Kroot<br>E-mail: joshua.kroot@primarylawgroup.com<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Phone: (213) 677-0856 |
| James P. Bradley | |
| Aja Smith | |
| Eric Early | |
| Alison Hayden | Advocates for Faith and Freedom<br>Mariah Gondiero<br>E-mail: mgondeiro@faith-freedom.com<br>Nada Higuera<br>nhiguera@faith-freedom.com<br>25026 Las Brisas Road<br>Murrieta, CA 92562<br>Phone: (951) 600-2733<br>Facsimile: (951) 600-4996 |
| Jeffrey Gorman | |
| Mark Reed | |
| Buzz Patterson | |
| Mike Cargile | |
| Kevin Cookingham | |
| Greg Raths | |
| Chris Bish | |
| Ronda Kennedy | |
| Johnny Nalbandian | |
| **Appellee Party Names** | **Counsel** |
| Shirley Weber, California Secretary of State | Ryan A. Hanley<br>CAAG - Office of Attorney General<br>California Department of Justice<br>1300 I Street<br>Sacramento, CA 95814<br>916-210-6064<br>Fax: 916-324-8835<br>Email: ryan.hanley@doj.ca.gov |
| Matthew Rodriguez, Acting California Attorney General | |
| Gavin Newsom, Governor of the State of California | |

| | |
|---|---|
| Rebecca Spencer, Riverside County Registrar of Voters | Ronak N. Patel<br>Riverside County Counsel<br>3960 Orange Street 5th Floor<br>Riverside, CA 92501-3674<br>951-955-6300<br>Fax: 951-955-6363<br>Email: rpatel@rivco.org |
| Dean Logan, Los Angeles County Registrar of Voters | Eva W. Chu<br>Office of Los Angeles County Counsel<br>500 West Temple Street 6th Floor<br>Los Angeles, CA 90012<br>213-443-0461<br>Fax: 213-817-7182<br>Email: echu@counsel.lacounty.gov |
| Mark A. Lunn, Ventura County Registrar of Voters | Matthew Alan Smith<br>Ventura County Counsel<br>800 South Victoria Avenue Suite 1830<br>Ventura, CA 93009-1830<br>805-654-2578<br>Email: matthew.smith@ventura.org |
| Bob Page, San Bernardino County Registrar of Voters | Laura Lynn Crane<br>San Bernardino County Counsel<br>385 North Arrowhead Avenue 4th Floor<br>San Bernardino, CA 92415-0140<br>909-387-5455<br>Fax: 909-387-4069<br>Email: Laura.Crane@cc.sbcounty.gov |
| Claudio Valenzuela, Monterey County Registrar of Voters | Grace Lee Pak<br>Office of the County Counsel, County of Monterey<br>168 West Alisal Street, 3rd Floor<br>Salinas, CA 93901<br>831-755-5045<br>Fax: 831-755-5283<br>Email: PakG@co.monterey.ca.us |

| | |
|---|---|
| Courtney Bailey-Kanelo, Sacramento County Registrar of Voters | Robert P Parrish<br>Sacramento County Counsel<br>700 H Street Suite 2650<br>Sacramento, CA 95814<br>916-874-5813<br>Fax: 916-874-8207<br>Email: parrishr@saccounty.net |
| Tim Dupuis, Alameda County Registrar of Voters; Deborah R. Cooper, Contra Costa County Registrar of Voters; Shannon Bushey, Santa Clara County Registrar of Voters | Julia Blau Spiegel<br>Santa Clara County Counsel Office<br>70 West Hedding Street, East Wing, 9th Floor<br>San Jose, CA 95110<br>408-299-5949<br>Fax: 408-292-7240<br>Email: julia.spiegel@cco.sccgov.org<br><br>Kim Ha Hara<br>Santa Clara County Counsel<br>East Wing<br>70 West Hedding Street 9th Floor<br>San Jose, CA 95110-1770<br>408-299-5900<br>Fax: 408-292-7240<br>Email: kim.hara@cco.sccgov.org<br><br>Mary Elizabeth Hanna-Weir<br>Santa Clara County Counsel Office<br>70 West Hedding Street, East Wing, 9th Floor<br>San Jose, CA 95110-1770<br>408-299-5900<br>Fax: 408-292-7240<br>Email: mary.hanna-weir@cco.sccgov.org |
| Joe Paul Gonzalez, San Benito County Registrar of Voters | Joseph Wells Ellinwood<br>San Benito County Counsel<br>481 Fourth Street 2nd Floor<br>Hollister, CA 95023<br>831-636-4040<br>Fax: 831-636-4044<br>Email: jellinwood@cosb.us |

|  |  |
|---|---|
| Gail L. Pellerin, Santa Cruz County Registrar of Voters | Melissa Coyle Shaw<br>Office of the Santa Cruz County Counsel<br>701 Ocean Street, Room 505<br>Santa Cruz, CA 95060<br>831-454-2040 / Fax: 831-454-2115<br>Email: melissa.shaw@santacruzcounty.us |
| Neal Kelley, Orange County Registrar of Voters | Rebecca Sorgen Leeds<br>Orange County Counsel Office<br>333 West Santa Ana Boulevard Suite 407<br>Santa Ana, CA 92702<br>714-834-3300<br>Fax: 714-834-2359<br>Email: rebecca.leeds@coco.ocgov.com<br><br>Suzanne Esther Shoai<br>Orange County Counsel Office<br>333 West Santa Ana Boulevard Suite 407<br>Santa Ana, CA 92701<br>714-834-2057<br>Fax: 714-834-2359<br>Email: suzy.shoai@coco.ocgov.com |
| James A. Kus, Fresno County Registrar of Voters | Kyle Richard Roberson<br>County of Fresno Office of County Counsel<br>2220 Tulare Street 5th Floor<br>Fresno, CA 93721<br>559-600-3479<br>Fax: 559-600-3480<br>Email: kroberson@fresnocountyca.gov |
| **Objector Party Names** | **Counsel** |
| Brandi Orth | Daniel Carl Cederborg<br>Fresno County Counsel's Office<br>2220 Tulare Street Suite 500<br>Fresno, CA 93721<br>559-600-3479 / Fax: 559-600-3480<br>Email: dcederborg@fresnocountyca.gov |