

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

September 30, 2021

No.: 21-56061
D.C. No.: 2:21-cv-00032-AB-MAA
Short Title: EIPCa, et al v. Shirley Weber, et al

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELECTION INTEGRITY PROJECT CALIFORNIA, INC.; JAMES P. BRADLEY; AJA SMITH; ERIC EARLY; ALISON HAYDEN; JEFFREY GORMAN; MARK REED; BUZZ PATTERSON; MIKE CARGILE; KEVIN COOKINGHAM; GREG RATHS; CHRIS BISH; RONDA KENNEDY; JOHNNY NALBANDIAN,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>SHIRLEY WEBER, California Secretary of State; ROB BONTA, California Attorney General; GAVIN NEWSOM, Governor of the State of California; REBECCA SPENCER, Riverside County Registrar of Voters; DEAN LOGAN, Los Angeles County Registrar of Voters; MARK A. LUNN, Ventura County Registrar of Voters; BOB PAGE, San Bernardino County Registrar of Voters; CLAUDIO VALENZUELA, Monterey County Registrar of Voters; COURTNEY BAILEY-KANELO, Sacramento County Registrar of Voters; TIM DUPUIS, Alameda County Registrar of Voters; DEBORAH R. COOPER, | No. 21-56061<br><br>D.C. No. 2:21-cv-00032-AB-MAA<br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |

> Contra Costa County Registrar of Voters; SHANNON BUSHEY, Santa Clara County Registrar of Voters; JOE PAUL GONZALEZ, San Benito County Registrar of Voters; GAIL L. PELLERIN, Santa Cruz County Registrar of Voters; NEAL KELLEY, Orange County Registrar of Voters; JAMES A. KUS, Fresno County Registrar of Voters,
>
>             Defendants - Appellees.

The parties shall meet the following time schedule.

| Date | Requirement |
|---|---|
| **Thu., October 7, 2021** | Appellants' Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., November 26, 2021** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., December 27, 2021** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellants' reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7