**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

| | |
|---|---|
| ELECTION INTEGRITY PROJECT® CALIFORNIA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHIRLEY WEBER, CALIFORNIA SECRETARY OF STATE, et al., <br><br> Defendants. | No. 2:21-cv-00032-AB-MAA <br><br> [PROPOSED] JUDGMENT |

On July 18, 2023, the Court entered an order granting Defendants' motions to dismiss all claims with prejudice. (Dkt. No. 180.)  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendants and against Plaintiffs.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 15, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge