Name: Mariah R. Gondeiro
Address: 25026 Las Brisas Road
City, State, Zip: Murrieta, California 92562
Phone: 951.600.2733
Fax: 951.600.4996
E-Mail: mgondeiro@faith-freedom.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Election Integrity Project California, Inc., et al.

PLAINTIFF(S),

v.

Shirley Weber, California Secretary of State, et al.,

DEFENDANT(S).

CASE NUMBER:

2:21-cv-00032-AB-MAA

**AMENDED**

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that  Plaintiffs Election Integrity Project California, Inc., et al.  hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Dkt 182 - Judgment on Order of Dismissal

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on  August 15, 2023 .

A copy of said judgment or order is attached hereto.

August 18, 2023                                    /s/ Mariah R. Gondeiro
Date                                               Signature
                                                   ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

| | |
|---|---|
| ELECTION INTEGRITY PROJECT® CALIFORNIA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHIRLEY WEBER, CALIFORNIA SECRETARY OF STATE, et al., <br><br> Defendants. | No. 2:21-cv-00032-AB-MAA <br><br> [PROPOSED] JUDGMENT |

On July 18, 2023, the Court entered an order granting Defendants' motions to dismiss all claims with prejudice.  (Dkt. No. 180.)  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendants and against Plaintiffs.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 15, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge

*Election Integrity Project California, Inc., et al. v. Weber, at al.*
U.S. District Court, Central District of California
Case No. Case No. 2:21-cv-00032-AB-MAA

**All Parties and Representation**

| Appellant Party Names | Counsel |
|---|---|
| Election Integrity Project California, Inc., James P. Bradley, Mark Reed; Buzz Paterson; Mike Cargile; Ronda Kennedy | Advocates for Faith and Freedom Mariah Gondeiro (SBN 323683) 25026 Las Brisas Road Murrieta, CA 92526 mgondeiro@faith-freedom.com |
| **Appellee Party Names** | **Counsel** |
| Shirley Weber Rob Bonta | Ryan Andrew Hanley CAAG – Office of the Attorney General California Department of Justice Ryan.hanley@doj.ca.gov |
| Shannon Bushey | Mary Elizabeth Hanna-Weir Santa Clara County Counsel Mary.hanna-weir@cco.sccgov.org John D. Echeverria |
| Francisco Diaz | Joseph Wells Ellinwood San Benito County jellinwood@cosb.us |
| Tim Dupuis | Raymond Lara County of Alameda rlara@acgov.org |
| Kristin Connelly | Rebecca Hooley Contra Costa County Rebecca.hooley@cc.cccounty.us |
| James A. Kus | Kyle R. Roberson County of Fresno kroberson@fresnocountyca.gov |
| Dean C. Logan | Eva W. Chu Office of Los Angeles County Counsel |

1
PLAINTIFFS' NOTICE OF APPEAL

| | |
|---|---|
| | Echu@counsel.lacounty.gov |
| Gina Martinez | Marina S. Pantchenko<br>Monterey County Counsel Office<br>pantchenkoms@co.monterey.ca.us |
| Bob Page | Rebecca S. Leeds<br>County of Orange<br>rebecca.leeds@coco.ocgov.com |
| Rebecca Spencer | Stephanie Kristin Nelson<br>Riverside County<br>stnelson@rivco.org |
| Hang Nguyen | Janice M. Snyder<br>Sacramento County<br>Grace Lee Pak<br>glpak@cityofsacramento.org |
| Michael Jimenez | Laura L. Crane<br>San Bernardino County<br>Laura.crane@cc.sbcounty.gov |
| Tricia Webber | Melissa C. Shaw<br>Santa Cruz County<br>Melissa.shaw@santacruzcounty.us |
| Michelle Ascencion | Matthew A. Smith<br>Ventura County<br>Matthew.smith@ventura.org |
| Eliana Cano | Ann Duggan<br>San Luis Obispo County<br>aduggan@co.slo.ca.us |
| Aime Espinoza | Marshall Scott Fontes<br>Kern County<br>sfontes@kerncounty.com |