UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

SEP 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELECTION INTEGRITY PROJECT CALIFORNIA, INC.; et al., | No.   23-55726 |
| Plaintiffs-Appellants, | D.C. No. 2:21-cv-00032-AB-MAA Central District of California, Los Angeles |
| v. | |
| SHIRLEY WEBER, California Secretary of State; et al., | ORDER |
| Defendants-Appellees. | |

Before:  BADE, LEE, and VANDYKE, Circuit Judges.

The motion to expedite this appeal (Docket Entry No. 4) is granted in part.

The opening brief and excerpts of record are due September 29, 2023.  The answering brief is due October 30, 2023.  The optional reply brief is due within 21 days after service of the answering brief.

No streamlined extensions of time will be approved.  *See* 9th Cir. R. 31-2.2(a)(1).  No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

This appeal will be placed on the next available calendar after the completion of briefing.  *See* 9th Cir. Gen. Ord. 3.3(f).